**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Chino Central Group, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **81-3195481**

**4. Debtor's address**

**Principal place of business**

**520 Newport Center Drive**
**Suite 480**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**12125 Central Avenue Chino, CA 91710**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Chino Central Group, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Chino Central Group, LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Chino Central Group, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2026**
MM / DD / YYYY

**X** ______________________________
Signature of authorized representative of debtor

**Ioannis Xilikakis**
Printed name

Title **Manager**

---

**18. Signature of attorney**

**X** ______________________________
Signature of attorney for debtor

Date **March 24, 2026**
MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone **(310) 440-4100** Email address **kandrassy@raineslaw.com**

**207959 CA**
Bar number and State

# ACTION BY WRITTEN CONSENT OF CHINO CENTRAL GROUP, LLC

March 23, 2025

The undersigned manager (the "**Manager**") of Chino Central Group, LLC, a Delaware limited liability company (the "**Company**"), hereby approves and adopts, in accordance with the laws of the State of Delaware and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Members have reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company has determined to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

**WHEREAS**, the Members have determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**1. Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**2. Retention of Professionals**

**RESOLVED**, that the Company shall retain Raines Feldman Littrell LLP as its general bankruptcy counsel to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities).

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent as of the date first written above.

**CHINO CENTRAL GROUP, LLC**

By:______________________________
Iannis Xilikakis, Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chino Central Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2026** X [signature]
Signature of individual signing on behalf of debtor

**Ioannis Xilikakis**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Chino Central Group, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vierergruppe Management Inc.<br>1932 East Deere Avenue<br>Suite 150<br>Santa Ana, CA 92705 | jennifer@vgruppemanagement.com<br>(714) 442-0625 | | | | | $104,094.39 |
| Joses Nuevo Landscaping LLC<br>3857 Birch Street<br>Suite 209<br>Newport Beach, CA 92660 | | | | | | $36,500.00 |
| Waste Management AS Payment Agent<br>PO Box 541065<br>Los Angeles, CA 90054-1065 | (951) 842-3249 | | | | | $9,462.50 |
| Camacho, Moises<br>5590 W. Mission Blvd.<br>Ontario, CA 91762 | camachocontracting08@gmail.com | | | | | $9,350.00 |
| Chino, City of<br>P.O. Box 667<br>Chino, CA 91708-0667 | (909) 334-3727 | | | | | $4,288.21 |
| VSS Electric, Inc.<br>1890 Trotter Trail<br>Norco, CA 92860-2877 | brad@vsselectric.com<br>(951) 279-9148 | | | | | $3,441.40 |
| Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 59829 | | | | | | $2,650.00 |
| Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | (800) 655-4555 | | | | | $851.33 |

Debtor **Chino Central Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trend Systems Group 2126 S. Standard Avenue Santa Ana, CA 92707** | **reice@trendsystems.net (714) 936-6545** | | | | | **$780.00** |
| **Dominion Disposal 1536 E. Pinewood Ave Anaheim, CA 92805** | **dominiondisposal@mail.com (714) 402-0274** | | | | | **$470.00** |
| **10perature Heating and Air Conditioning 12822 Gilbert St. #B Garden Grove, CA 92841** | **10peraturehvac@gmail.com (714) 610-4733** | | | | | **$460.00** |
| **Executive Lighting & Electric 1141 North Cosby Way, Ste A Anaheim, CA 92806** | **accounting@executivelighting.com (714) 632-5093** | | | | | **$290.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Raines Feldman Littrell LLP**<br>**Kyra E. Andrassy**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660**<br>**(310) 440-4100**<br>California State Bar Number: **207959 CA**<br><br>☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Chino Central Group, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Ioannis Xilikakis**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

Malik Enterprises, LLC — 19.6% interest
5175 Princess Anne Rd.
La Canada Flintridge, CA 91011

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

March 24, 2026
Date

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Ioannis Xilikakis, Manager**
Printed name of Debtor, or attorney for Debtor

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Kyra E. Andrassy**
**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
**(310) 440-4100**
California State Bar Number: **207959 CA**
**kandrassy@raineslaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Chino Central Group, LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 24, 2026** ____________________
Signature of Debtor 1

Date: ____________________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 24, 2026** ____________________
Signature of Attorney for Debtor (if applicable)

Chino Central Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

10perature Heating and
Air Conditioning
12822 Gilbert St. #B
Garden Grove, CA 92841

24 Hour Fitness USA, LLC
1265 Laurel Tree Lane
Suite 200
Carlsbad, CA 92015

Abraham & Linda Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648

All Buy Low Inc.
12125 Central Ave
Chino, CA 91710

Brandon Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648

Briana Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648

Camacho, Moises
5590 W. Mission Blvd.
Ontario, CA 91762

Chase Bank N.A.P.
12193 Central Ave. P1- NAP
Chino, CA 91710

Children's Dental Fun Zone
12171 Central Ave
Chino, CA 91710

Chino, City of
P.O. Box 667
Chino, CA 91708-0667

Christina Chan
11329 Cloudrest Drive
San Diego, CA 92127

Continuum Analytics, Inc.
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Deba Shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Executive Lighting & Electric
1141 North Cosby Way, Ste A
Anaheim, CA 92806

FedEX Kinkos (Store#0319)
1501 Highwoods Blvd.,
Suite 200-A
Greensboro, NC 27410-2047

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Garment District Holdings, LLC
5175 Princess Anne Rd
La Canada Flintridge, CA 91011

H&R Block Enterprises & SCI Chino Fund
575 Maryville Centre Drive, #500
Attn: H&R Block FRE #3978
St. Louis, MO 63141

Harbani Kaur Malik-Chaudhry
7250 Woodrow Drive
Oakland, CA 94611

Harbor Point Trust
Estate Planning Team
c/o Daniel Kidd
16272 Via Embeleso
San Diego, CA 92128-3219

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JLO San Bernardino
120 Tustin Ave. Suite C
Newport Beach, CA 92663

JLO San Bernardino LLC
c/o Murtaugh LLP
Attn: Devin E. Murtaugh
2603 Main Street, Penthouse
Irvine, CA 92614-6232

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

La Michoacana Ice Cream Shop
1758 S. Mountain Ave Apt A
Ontario, CA 91762

Lagrange Group Manager
2549 Eastbluff Drive #720
Newport Beach, CA 92660

Malik Enterprises, LLC
5175 Princess Anne Road
La Canada Flintridge, CA 91011

Maliks Bros 2
5175 Princess Anne Rd.
La Canada Flintridge, CA 91011

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618

Newmark of Southern Calif. Inc.
c/o Cantor Fitzgerald Securities
Attn: Andrew Raunau
18401 Karman Avenue, #150
Irvine, CA 92612-8590

Newmark Pacific Inc.
c/o Cantor Fitzgerald Securities
Attn: Andrew Raunau
18401 Karman Avenue, #150
Irvine, CA 92612-8590

Ocean Dental Group
Attn.: Necdet Ozder
30521 Shelter Canyon Rd
Trabuco Canyon, CA 92679

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701

Papillon Financial Services
5175 Princess Anne Road
La Canada Flintridge, CA 91011

Petra Marketing Group
11926 Turquoise Way
Mira Loma, CA 91752

Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

San Bernardino Tax Collector
268 W Hospitality Lane
First Floor
San Bernardino, CA 92408

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Su Carniceria Meat Market
12201 Central Ave
Chino, CA 91710

Supercuts
SC-SOCAL-31, LLC
218 Kingfisher Dr #217
Houston, TX 77005

Swimtelligent Swim Club
12131 Central Avenue
Chino, CA 91710

The Kitchen Station
12207 Central Ave
Chino, CA 91710

Tony Wong
c/o David H. Ricks & Associates
Attn: David H. Ricks
8600 Utica Avenue, Suite 200
Rancho Cucamonga, CA 91730

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707

Verizon Store (AKA Wireless)
8871 Research Drive
Irvine, CA 92618

Viererg ruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

VSS Electric, Inc.
1890 Trotter Trail
Norco, CA 92860-2877

Vy Nails
6395 Lafayette Street
Chino, CA 91710

Waste Management
AS Payment Agent
PO Box 541065
Los Angeles, CA 90054-1065

Water Cube Enterprises
12169 Central Ave
Chino, CA 91710

Wenkwei Lou
11329 Cloudrest Drive
San Diego, CA 92127