**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

[Proposed] Counsel for Debtor
Chino Central Group, LLC

FILED & ENTERED

MAY 07 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

CHINO CENTRAL GROUP, LLC,

Debtor.

Case No.: 8:26-bk-10925-SC

Chapter: 11

**SCHEDULING ORDER**

**Status Conference**:
Date: May 6, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

On May 6, 2026, at 1:30 p.m., the Court held a chapter 11 status conference in the chapter 11 case of Chino Central Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"). Appearances were as noted on the record. For the reasons set forth on the record,

**IS IT HEREBY ORDERED AS FOLLOWS**:

1. The deadline for creditors to file a proof of claim in the Debtor's case is July 13, 2026 (the "**Claims Bar Date**");

2. The Debtor shall give notice of the Claims Bar Date to all creditors by no later than May 13, 2026;

3. The Debtor's deadline to file a plan and disclosure statement is July 22, 2026, without prejudice to the Debtor's right to request an extension of such deadline;

4. The status conference is continued to July 15, 2026, at 1:30 p.m., with a status report due fourteen days prior to the status conference; and

5. For avoidance of doubt, the authority conferred on Howard Grobstein as manager and chief restructuring officer of the Debtor includes the authority to conduct a forensic accounting and investigate what claims the estate holds against third parties, including avoidance actions, and to pursue those claims.

###

Date: May 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge