<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RAINES FELDMAN LITTRELL LLP<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Chino Central Group, LLC</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION</td></tr>
<tr><td>In re:<br>Chino Central Group, LLC,<br><br>Debtor(s).</td><td>CASE NO.: 8:26-bk-10925-SC<br><br>CHAPTER: 11<br><br>NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]<br><br>☐ No hearing: LBR 9013-1(q)<br>☒* Hearing information<br>DATE: May 6, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, California 92701</td></tr>
</table>

1. Bar Date. The court has set a deadline of *(date)* July 13, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 24, 2026, and therefore calculates that this deadline is *(date)* September 21, 2026). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 13, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2026 | Connie-Marie Santiago | Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Amir Gamliel** agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **David M Riley** david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:**

24 Hour Fitness USA, LLC
1265 Laurel Tree Lane Suite 200
Carlsbad, CA 92015

All Buy Low Inc.
12125 Central Ave
Chino, CA 91710

Children's Dental Fun Zone
12171 Central Ave
Chino, CA 91710

FedEX Kinkos (Store#0319)
1501 Highwoods Blvd., Ste 200-A
Greensboro, NC 27410-2047

H&R Block Enterprises
& SCI Chino Fund
575 Maryville Centre Drive, Suite 500
Attn: H&R Block FRE #3978
St. Louis, MO 63141

JLO San Bernardino
120 Tustin Ave. Suite C
Newport Beach, CA 92663

La Michoacana Ice Cream Shop
1758 S. Mountain Ave Apt A
Ontario, CA 91762

Ocean Dental Group
Attn.: Necdet Ozder
30521 Shelter Canyon Rd
Trabuco Canyon, CA 92679

Su Carniceria Meat Market
12201 Central Ave
Chino, CA 91710

Supercuts
SC-SOCAL-31, LLC
218 Kingfisher dr #217
Houston, TX 77005

Swimtelligent Swim Club
3719 S. Morganfield Ave.
West Covina, CA 91792

The Kitchen Station
12207 Central Ave
Chino, CA 91710

Verizon Store (AKA Wireless)
8871 Research Drive
Irvine, CA 92618

Vy Nails
6395 Lafayette Street
Chino, CA 91710

Water Cube Enterprises
12169 Central Ave
Chino, CA 91710

Jose Nuevo Landscaping LLC
c/o Jason Miller, Manager
4221 Buchanan St.
Riverside, CA 92503

Label Matrix for local noticing
0973-8
Case 8:26-bk-10925-SC
Central District of California
Santa Ana
Wed May 13 09:40:21 PDT 2026

China Central Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

DS PE Holdco II, LLC

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

10perature Heating and
Air Conditioning
12822 Gilbert St. #B
Garden Grove, CA 92841-5121

24 Hour Fitness USA, LLC
1265 Laurel Tree Lane
Suite 200
Carlsbad, CA 92011-4221

Abraham & Linda Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648-6729

All Buy Low Inc.
12125 Central Ave
Chino, CA 91710-2421

Brandon Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648-6729

Briana Rayhaun
6455 Marigayle Circle
Huntington Beach, CA 92648-6729

Camacho, Moises
5590 W. Mission Blvd.
Ontario, CA 91762-4622

Chase Bank N.A.P.
12193 Central Ave. P1- NAP
Chino, CA 91710-2421

Children's Dental Fun Zone
12171 Central Ave
Chino, CA 91710-2421

Chino, City of
P.O. Box 667
Chino, CA 91708-0667

Christina Chan
11329 Cloudrest Drive
San Diego, CA 92127-2001

Continuum Analytics, Inc.
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Debra Shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805-1241

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Executive Lighting & Electric
1141 North Cosby Way, Ste A
Anaheim, CA 92806-2007

FedEX Kinkos (Store#0319)
1501 Highwoods Blvd.,
Suite 200-A
Greensboro, NC 27410-2052

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Garment District Holdings, LLC
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

H&R Block Enterprises & SCI Chino Fund
575 Maryville Centre Drive, #500
Attn: H&R Block FRE #3978
St. Louis, MO 63141-5867

Harbani Kaur Malik-Chaudhry
7250 Woodrow Drive
Oakland, CA 94611-1435

Harbor Point Trust
Estate Planning Team
c/o Daniel Kidd
16272 Via Embeleso
San Diego, CA 92128-3219

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JLO San Bernardino
120 Tustin Ave. Suite C
Newport Beach, CA 92663-4729

JLO San Bernardino LLC
c/o Murtaugh LLP
Attn: Devin E. Murtaugh
2603 Main Street, Penthouse
Irvine, CA 92614-6232

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660-2616

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

La Michoacana Ice Cream Shop
1758 S. Mountain Ave Apt A
Ontario, CA 91762-5924

Lagrange Group Manager
2549 Eastbluff Drive #720
Newport Beach, CA 92660-3500

Malik Enterprises, LLC
5175 Princess Anne Road
La Canada Flintridge, CA 91011-2427

Maliks Bros 2
5175 Princess Anne Rd.
La Canada Flintridge, CA 91011-2427

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618-2904

Newmark Pacific Inc.
c/o Cantor Fitzgerald Securities
Attn: Andrew Raunau
18401 Karman Avenue, #150
Irvine, CA 92612-8590

Newmark of Southern Calif. Inc.
c/o Cantor Fitzgerald Securities
Attn: Andrew Raunau
18401 Karman Avenue, #150
Irvine, CA 92612-8590

Ocean Dental Group
Attn.: Necdet Ozder
30521 Shelter Canyon Rd
Trabuco Canyon, CA 92679-3042

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701-4091

Papillon Financial Services
5175 Princess Anne Road
La Canada Flintridge, CA 91011-2427

Petra Marketing Group
11926 Turquoise Way
Mira Loma, CA 91752-4414

Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017-5752

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

San Bernardino Tax Collector
268 W Hospitality Lane
First Floor
San Bernardino, CA 92408-3229

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Su Carniceria Meat Market
12201 Central Ave
Chino, CA 91710-2423

Supercuts
SC-SOCAL-31, LLC
218 Kingfisher Dr #217
Houston, TX 77005

Swimtelligent Swim Club
12131 Central Avenue
Chino, CA 91710-2421

The Kitchen Station
12207 Central Ave
Chino, CA 91710-2423

Tony Wong
c/o David H. Ricks & Associates
Attn: David H. Ricks
8600 Utica Avenue, Suite 200
Rancho Cucamonga, CA 91730-4876

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707-3035

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VSS Electric, Inc.
1890 Trotter Trail
Norco, CA 92860-2877

Verizon Store (AKA Wireless)
8871 Research Drive
Irvine, CA 92618-4236

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Vy Nails
6395 Lafayette Street
Chino, CA 91710-1388

Waste Management
AS Payment Agent
PO Box 541065
Los Angeles, CA 90054-1065

Water Cube Enterprises
12169 Central Ave
Chino, CA 91710-2421

Wenkwei Lou
11329 Cloudrest Drive
San Diego, CA 92127-2001

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)Chino Central Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 62 |
| Bypassed recipients | 3 |
| Total | 65 |