**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

[Proposed] Counsel for Debtor
Chino Central Group, LLC

FILED & ENTERED
JUL 07 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

CHINO CENTRAL GROUP, LLC,

Debtor.

Case No.: 8:26-bk-10925-SC

Chapter: 11

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 1, 2026**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

On June 9, 2026, Chino Central Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed a *Motion Pursuant to 11 U.S.C. §363(b) to Enter Into Property Management Agreement with R&K Interests, Inc. dba Investors' Property Services* ("**IPS**") *as Property Management Company Effective June 1, 2026* (the "**Motion**") [Dkt. 63]. No opposition or request for hearing on the Motion was filed or served. Having reviewed the Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

IT IS ORDERED:

1. The Motion is granted as set forth herein.

2. The Debtor is authorized, pursuant to 11 U.S.C. § 363(b), to enter into the Property Management Agreement with IPS, effective June 1, 2026.

3. Nothing in this Order authorizes the Debtor to use cash collateral. The Debtor may pay IPS compensation provided under the Property Management Agreement only to the extent such payment is authorized by consent of the affected secured creditors, an applicable cash collateral order and budget, or further order of the Court.

4. This Order does not constitute approval of IPS as a professional person under 11 U.S.C. § 327 or allowance of compensation under 11 U.S.C. § 330.

**IT IS SO ORDERED.**

###

Date: July 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge