**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Chino Central Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CHINO CENTRAL GROUP, LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10925-SC<br><br>Chapter: 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C – Virtual<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Chino Central Group LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 16, 2026, status conference.

The Debtor is a co-owner of the Chino Towne Center, a shopping center located at 12125 Central Avenue, Chino, CA 91710 (the "**Property**"). The Debtor owns a 65.91% interest as a tenant in common with Vineyard Village Group, LLC ("**Vineyard Village**"), a non-debtor entity that owns the remainder. There appear to be six owners of Vineyard Village, three of whom also appear as members of the Debtor. Based on a written consent of the holders of a majority of the membership interest in Vineyard Village, Howard Grobstein is

being brought in as the manager of Vineyard Village, LLC. The members have already signed the written consent and it is out for Mr. Grobstein's signature.

The Property is encumbered by liens in favor of Western Alliance Bank and Nano Banc in the total estimated amount of approximately $19.1 million and Vineyard Village is a co-borrower on those loans. There is also a disputed third priority lien that the Debtor granted to Cantor Group IV and then assigned to Cantor Group V, entities that had the same asset manager (Continuum Analytics) as the Debtor. Cantor Group V then pledged a security interest in the deed of trust to Western Alliance Bank. Chris Nielsen is serving as the Receiver for Cantor Group V. The Debtor is in active communications with Western Alliance Bank's counsel regarding this lien and similar liens in three other cases and regarding adequate protection payments.

The Debtor has signed a listing agreement that was approved by the majority of members of Vineyard Village and which is expected to be signed by Vineyard Village today. The Debtor filed its application to employ the brokers on August 26, 2026. Pending submission of that signature and a call between Western Alliance Bank, the Debtor, and the brokers, Western Alliance Bank requested an extension to September 18, 2026, to file written opposition to that application. The Debtor granted that extension and the call is scheduled for September 14, 2026.

The Debtor has begun preparing its disclosure statement and plan and will file them by its requested extended deadline of October 20, 2026, assuming that extension is granted. The Debtor will not seek any further extensions of that deadline.

The Debtor is in the process of preparing a cash collateral stipulation for review by its secured creditors and in the meantime, has continued to obtain their consent to pay the expenses necessary to maintain the Property.

The Debtor is in compliance with its obligations to the Office of the United States

\\

\\

\\

Trustee.

Respectfully submitted,

Dated: September 9, 2026

RAINES FELDMAN LITTRELL LLP

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
*Counsel for Debtor-in-Possession*
*Chino Central Group LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Eric D Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Shane J Moses** smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **David M Riley** david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

<u>20 Largest Unsecured Creditors</u>

Vierergruppe Management Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

Waste Management
AS Payment Agent
PO Box 541065
Los Angeles, CA 90054-1065

Camacho, Moises
5590 W. Mission Blvd.
Ontario, CA 91762

Chino, City of
P.O. Box 667
Chino, CA 91708-0667

VSS Electric, Inc.
1890 Trotter Trail
Norco, CA 92860-2877

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

10perature Heating and
Air Conditioning
12822 Gilbert St. #B
Garden Grove, CA 92841

Executive Lighting & Electric
1141 North Cosby Way, Ste A
Anaheim, CA 92806