**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Chino Central Group, LLC

FILED & ENTERED

OCT 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

CHINO CENTRAL GROUP, LLC,

Debtor in Possession.

Case No.: 8:26-bk-10925-SC

Chapter: 11

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121 AND SETTING CONTINUED CHAPTER 11 STATUS CONFERENCE**

**Hearing Information**:
Date: September 16, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

On September 16, 2026 at 1:30 p.m., a hearing was held on the *Motion to Amend Scheduling Order Regarding Deadline to File a Disclosure Statement and Plan and for an Extension of the Exclusivity Periods of 11 U.S.C. § 1121* [Dkt. 88] (the "**Motion**") filed by Chino Central Group, LLC (the "**Debtor**"). Appearances were as noted on the record. Having considered the Motion, all papers submitted in support thereof and opposition thereto,

and the statements and arguments of counsel at the hearing on the Motion, for the reasons stated on the record at the September 16, 2026 hearing on the Motion, the Court orders:

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is granted;

2. The deadline set by the Court for the Debtor to file its plan and disclosure statement is extended for ninety (90) days from the hearing on the Motion, or to December 15, 2026;

3. The deadlines in 11 U.S.C. § 1121(d) are extended by ninety (90) days, so that the Debtor has until October 20, 2026, to have the exclusive ability to propose a plan and until December 21, 2026, to have the exclusive right to solicit acceptances of the plan.

4. A continued status conference is scheduled for January 26, 2027, at 11:00 a.m. with a status report due two weeks prior.

###

Date: October 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge